**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7663**

TEHGRAIN JONES,

Plaintiff – Appellant,

v.

CITY OF PORTSMOUTH; HAMPTON ROADS REGIONAL JAIL,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.   (3:10-cv-00531-HEH)

Submitted:  June 15, 2011            Decided:  June 30, 2011

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tehgrain Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tehgrain Jones appeals the district court's order dismissing this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. City of Portsmouth, No. 3:10-cv-00531-HEH (E.D. Va. Nov. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED